IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL SPEASE | § | |
| | § | |
| VS. | § | C.A. NO. _____ |
| | § | |
| THE M/V HARMEN OLDENDORFF, | § | |
| ITS APPAREL, EQUIPMENT, ENGINES, | § | PLAINTIFF DEMANDS A |
| FREIGHT, ETC. IN REM | § | TRIAL BY JURY |

## PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, MICHAEL SPEASE, hereinafter referred to as Plaintiff, complaining of, THE M/V HARMEN OLDENDORFF, ITS APPAREL, EQUIPMENT, ENGINES, FREIGHT, ETC. IN REM, hereinafter referred to as Defendant and would respectfully show as follows:

1. This is an action within the maritime jurisdiction of this Court and this Court has jurisdiction because there exists an amount in controversy in excess of $75,000.

2. This claim is maintained under the general maritime law of the United States.

3. Plaintiff, MICHAEL SPEASE, is a resident of Shelton, Connecticut.

4. The M/V HARMEN OLDENDORFF, IMO 9010334, MMSI number 636090932 and call sign A8HR#, is a cargo vessel filing the flag of Liberia and is owned by Defendant OLDENDORFF CARRIERS GMBH & CO. KG. The M/V HARMEN OLDENDORFF will answer Plaintiff's claim by way of letter of undertaking.

5. MICHAEL SPEASE would show that this lawsuit has become necessary as a result of personal injuries received on or about April 11, 2011. On that date, Plaintiff, MICHAEL SPEASE, was employed by Coastline and Service, Inc. as a Captain aboard the M/V ALYCIA

MARY and was in the process of discharging provisions onto the M/V HARMEN OLDENDORFF, a cargo vessel when Plaintiff, Michael Spease sustained injuries due to the negligent operation of the M/V HARMEN OLDENDORFF'S crane.

6. On said date Defendant was negligent. On or about April 12, 2011, while the M/V HARMEN OLDENDORFF was at the Narragansett Bay in Rhode Island, Plaintiff sustained serious personal injuries, painful, and disabling injuries to his back and other parts of his body as a result of the negligence of Defendant. Specifically, Plaintiff was injured when the crane operator began to raise a pallet, instead of picking the boom, causing the pallet to swing towards Plaintiff and pinning him against the wheelhouse and hand rail. Defendant was negligent and negligent per se for the following reasons:

    a. failing to properly supervise their crew;

    b. failure to properly train their employees;

    c. failure to provide adequate safety equipment;

    d. operating the vessel with an inadequate crew;

    e. failure to operate the crane in a safe manner.

7. On said date as a result of said occurrence, Plaintiff sustained severe and painful injuries to his back and left leg, among other parts of his body. Such occurrence and such injuries occurred as a proximate result of the unsafe condition of the M/V HARMEN OLDENDORFF, its crew and appurtenances and/or equipment or, in whole or in part, as a proximate result of the initial acts and/or negligence or lack of attention on the part of Defendant, its agents, servants and/or employees acting in the course and scope of their employment and agency.

8. As a result of said occurrence, Plaintiff sustained severe injuries to his body, which resulted in physical pain, mental anguish and other medical problems. In connection therewith,

Plaintiff would show that he has sustained severe pain, physical impairment, discomfort, mental anguish, and distress to date and that in all reasonable probability, such physical pain, physical impairment and mental anguish will continue indefinitely and into the future. Moreover, Plaintiff has suffered a loss of earnings in the past, as well as a loss of future earning capacity. Furthermore, he has incurred and will incur pharmaceutical and medical expenses in connection with said injuries. By reason of the foregoing, Plaintiff would show that he has been damaged in a sum far in excess of the minimum jurisdictional limits of this Honorable Court, for which amount he comes now and sues.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, MICHAEL SPEASE, prays that this citation issue and be served upon said Defendant, the M/V HARMEN OLDENDORFF, its apparel, equipment, engines, freight, etc. in rem, in a form and manner prescribed by law, requiring that the Defendant appear and answer herein, and that upon final hearing hereon, Plaintiff have judgment against said Defendant in a total sum in excess of the minimum jurisdictional limits of this Court, plus pre-judgment and post-judgment interests, all costs of Court, and all such other and further relief, to which he may show himself justly entitled.

Respectfully submitted,

SCHECHTER, MCELWEE, SHAFFER, & HARRIS, L.L.P.

_/s/ Matthew D. Shaffer_

MATTHEW D. SHAFFER
TBA # 18085600; FED I.D. #: 8877
3200 Travis, 3rd Floor
Houston, Texas 77006
TEL: (713) 524-3500; FAX: (713) 751-0412
mshaffer@smslegal.com
ATTORNEYS FOR PLAINTIFF

PLAINTIFF DEMANDS A TRIAL BY JURY