UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL SPEASE | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VERSUS | § | CASE NO. 1:13-cv-10113-DPW |
| | § | |
| THE M/V HARMEN OLDENDORFF, ITS APPAREL, EQUIPMENT, ENGINES, FREIGHT, ETC. IN REM and | § § § | |
| BOSTON LINE & SERVICE CO, INC. | § | **LEAVE GRANTED** |
| | § | **APRIL 6, 2013** |
| Defendants. | § | |

## PLAINTIFF'S FIRST AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, MICHAEL SPEASE, hereinafter referred to as Plaintiff, complaining of, THE M/V HARMEN OLDENDORFF, ITS APPAREL, EQUIPMENT, ENGINES, FREIGHT, ETC. IN REM and BOSTON LINE & SERVICE CO, INC. and would respectfully show as follows:

1. This is an action within the maritime jurisdiction of this Court and this Court has jurisdiction because there exists an amount in controversy in excess of $75,000.

2. This claim is maintained under the Jones Act, 46 U.S.C. §30104, et seq., and the general maritime law of the United States.

3. Plaintiff, MICHAEL SPEASE, is a resident of Shelton, Connecticut.

4. The M/V HARMEN OLDENDORFF, IMO 9010334, MMSI number 636090932 and call sign A8HR#, is a cargo vessel filing the flag of Liberia and is owned by Defendant OLDENDORFF CARRIERS GMBH & CO. KG. The M/V HARMEN OLDENDORFF has answered Plaintiff's claim by way of a letter of undertaking.

5.      Defendant, BOSTON LINE & SERVICE CO, INC., is a Massachusetts corporation doing business in the District of Massachusetts. This Defendant may be served with due process herein by serving its registered agent for service, Barry Cox, One Black Falcon Avenue, Boston, Massachusetts 02210.

FIRST CAUSE OF ACTION

6.      MICHAEL SPEASE would show that this lawsuit has become necessary as a result of personal injuries received on or about April 12, 2011. On that date, Plaintiff, MICHAEL SPEASE, was employed by Defendant, BOSTON LINE & SERVICE CO, INC. as a Captain aboard the M/V ALYCIA MARY, owned and/or operated by Defendant, BOSTON LINE & SERVICE CO, INC., and was in the process of discharging provisions onto the M/V HARMEN OLDENDORFF, a cargo vessel, when Plaintiff sustained injuries due to the negligent operation of the M/V HARMEN OLDENDORFF'S crane.

7.      On said date Defendants were negligent and the M/V HARMEN OLDENDORFF was unseaworthy. On or about April 12, 2011, while the M/V HARMEN OLDENDORFF was at the Narragansett Bay in Rhode Island, Plaintiff sustained serious personal injuries, painful, and disabling injuries to his back and other parts of his body as a result of the negligence of Defendants. Specifically, Plaintiff was injured when the crane operator began to raise a pallet, instead of picking the boom, causing the pallet to swing towards Plaintiff and pinning him against the wheelhouse and hand rail. On said date, Defendant, BOSTON LINE & SERVICE CO, INC. was negligent for failing to provide a safe place to work. Defendant, M/V HARMEN OLDENDORFF, was negligent and negligent per se for the following reasons:

    a.      failing to properly supervise their crew;

    b.      failure to properly train their employees;

    c.      failure to provide adequate safety equipment;

    d.    operating the vessel with an inadequate crew;

    e.    failure to operate the crane in a safe manner.

8.    On said date as a result of said occurrence, Plaintiff sustained severe and painful injuries to his back and left leg, among other parts of his body. Such occurrence and such injuries occurred as a proximate result of the unsafe condition of the M/V HARMEN OLDENDORFF, its crew and appurtenances and/or equipment or, in whole or in part, as a proximate result of the initial acts and/or negligence or lack of attention on the part of Defendants, its agents, servants and/or employees acting in the course and scope of their employment and agency.

<u>AND FOR A SECOND CAUSE OF ACTION</u>

9.    Additionally and without waiving the foregoing, Plaintiff, MICHAEL SPEASE, would show that this lawsuit has become necessary as a result of personal injuries sustained on or about June 22, 2011 when Plaintiff was employed by Defendant, BOSTON LINE & SERVICE CO, INC., as a Jones Act seaman aboard the M/V NANCY, owned and/or operated by Defendant, BOSTON LINE & SERVICE CO, INC. On that date, Plaintiff sustained injuries as a result of Defendant, BOSTON LINE & SERVICE CO, INC.'s negligence. Specifically, Plaintiff was injured while he was performing maintenance repairs to the M/V NANCY prior to a United States Coast Guard inspection. Plaintiff's movement of a bench on the vessel, without assistance, caused him to aggravate his previously injured lumbar spine.

10.    On said date on or about June 22, 2011, Defendant, BOSTON LINE & SERVICE CO, INC., was negligent and its vessel, the M/V NANCY, was unseaworthy. Specifically, Defendant, BOSTON LINE & SERVICE CO, INC., was negligent in the following manner:

    a.    Failing to provide a safe place to work;

    b.    Failing to provide Plaintiff with the proper assistance, equipment and protection in order for Plaintiff to perform the repairs in question.

11. On said date on or about June 22, 2011, and as a result of said occurrence, Plaintiff sustained severe and painful injuries to his hand, among other parts of his body. Such occurrence and such injuries occurred as a proximate result of the unsafe and unseaworthy condition of Defendant, BOSTON LINE & SERVICE CO, INC.'s vessel, its crew and appurtenances and/or equipment or, in whole or in part, as a proximate result of the initial acts and/or negligence or lack of attention on the part of Defendant, its agents, servants and/or employees acting in the course and scope of their employment and agency.

12. At all times material hereto, Defendant, BOSTON LINE & SERVICE CO, INC.., owned, operated, and/or controlled the M/V NANCY in question.

13. Plaintiff's second cause of action is only against Defendant, BOSTON LINE & SERVICE CO, INC.

14. As a result of the occurrences on April 12, 2011 and June 21, 2011, Plaintiff sustained severe injuries to his body, which resulted in physical pain, mental anguish and other medical problems. In connection therewith, Plaintiff would show that he has sustained severe pain, physical impairment, discomfort, mental anguish, and distress to date and that in all reasonable probability, such physical pain, physical impairment and mental anguish will continue indefinitely and into the future. Moreover, Plaintiff has suffered a loss of earnings in the past, as well as a loss of future earning capacity. Furthermore, he has incurred and will incur pharmaceutical and medical expenses in connection with said injuries. By reason of the foregoing, Plaintiff would show that he has been damaged in a sum far in excess of the minimum jurisdictional limits of this Honorable Court, for which amount he comes now and sues.

AND FOR A THIRD CAUSE OF ACTION

15. Plaintiff re-avers and re-alleges each and every allegation of fact and law contained herein as if specifically re-pled herein in their entirety.

16. As a result of the shipboard injuries described herein which manifested themselves while Plaintiff was in the service of the M/V ALICIA MARY and the M/V NANCY Plaintiff has sought reasonable and necessary medical treatment, and is entitled to maintenance at a rate of $126 per day.

17. The Defendants are aware of Plaintiff's need for medical care for the injury caused by and manifested while Plaintiff was in the service of said vessels, which treatment Plaintiff continues to need, wants and intends to undergo and has also requested that Defendant, BOSTON LINE & SERVICE CO, INC., authorize and pay for his prescribed medical treatment.

18. Despite Plaintiff's request, Defendant, BOSTON LINE & SERVICE CO, INC., has arbitrarily, capriciously and without legal cause, failed and/or refused to investigate Plaintiff's claim of entitlement to cure and to authorize pay for his necessary medical treatment and maintenance payments of $126 per day.

19. As a result of Defendant, BOSTON LINE & SERVICE CO, INC.'s, negligence, willful, arbitrary and capricious failure to investigate Plaintiff's cure claim, provide prescribed medical treatment for Plaintiff's injuries and pay maintenance benefits, Plaintiff's physical and mental pain and suffering have been aggravated and intensified and his recovery has been prolonged, delayed and impaired.

20. By reason of the foregoing, Plaintiff seeks, and is entitled to recover from Defendant, BOSTON LINE & SERVICE CO, INC., all expenses associated with necessary reasonable medical care from May 18, 2010 until he reaches maximum medical cure according to his treating physician, and payment of maintenance at $126 per day during this same time period.

21. By reason of the foregoing, Plaintiff is further entitled to recover compensatory damages for Defendant, BOSTON LINE & SERVICE CO, INC.'s, refusal to honor its cure

obligation in the amount of ONE HUNDRED FIFTY THOUSAND AND NO/100 ($150,000.00) DOLLARS.

22.    Plaintiff brings this third cause of action against the aforesaid Defendant, BOSTON LINE & SERVICE CO, INC., pursuant to the general maritime law.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, MICHAEL SPEASE, prays that this citation issue and be served upon said Defendants, the M/V HARMEN OLDENDORFF, its apparel, equipment, engines, freight, etc. in rem, and BOSTON LINE & SERVICE CO, INC., in a form and manner prescribed by law, requiring that the Defendants appear and answer herein, and that upon final hearing hereon, Plaintiff have judgment against said Defendants in a total sum in excess of the minimum jurisdictional limits of this Court, plus pre-judgment and post-judgment interests, all costs of Court, and all such other and further relief, to which he may show himself justly entitled.

Respectfully submitted,

SCHECHTER, MCELWEE, SHAFFER, & HARRIS, L.L.P.

*/s/ Matthew D. Shaffer*
MATTHEW D. SHAFFER
TBA # 18085600; FED I.D. #:  8877
3200 Travis, 3rd Floor
Houston, Texas  77006
TEL:   (713) 524-3500; FAX:  (713) 751-0412
mshaffer@smslegal.com

AND

Carolyn M. Latti
LATTI & ANDERSON, LLP
30-31 Union Wharf
Boston, Massachusetts 02109
(617) 523-1000 Telephone
(617) 523-7394 Facsimile
clatti@lattianderson.com

ATTORNEYS FOR PLAINTIFF, MICHAEL SPEASE

PLAINTIFF DEMANDS A TRIAL BY JURY

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on April 10, 2013.

Timothy J. McLaughlin
K. Blythe Daly
Holland & Knight, LLP
10 St. James Avenue, Floor 11
Boston, Massachusetts 02116

John M. Toriello
Holland & Knight LLP
31 West 52nd Street
New York, NY  10019

                                            */s/ Matthew D. Shaffer*
                                            MATTHEW D. SHAFFER

**PLEASE SERVE:**

Boston Line & Service Co, Inc.
By serving its registered agent:
Barry Cox
One Black Falcon Avenue
Boston, Massachusetts 02210