UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL SPEASE,<br><br>    Plaintiff,<br><br>v.<br><br>THE M/V HARMEN OLDENDORFF, ITS APPAREL, EQUIPMENT, ENGINES, FREIGHT, ETC. IN REM and BOSTON LINE & SERVICE CO, INC.<br><br>    Defendants. | CASE NO. 1:13-cv-10113-DPW<br>**NOTICE OF STIPULATION EXTENDING TIME TO ANSWER** |

PLEASE TAKE NOTICE THAT it is STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff, Michael Spease, and Defendant, the M/V HARMEN OLDENDORFF, *in rem*, that the time for the M/V HARMEN OLDENDORFF to answer or otherwise move against the Amended Complaint, dated April 10, 2013, is extended up to and including April 26, 2013.

Dated: April 23, 2013

| SHECHTER MCELWEE SHAFFER & HARRIS<br>*Attorneys for Plaintiff*<br><br>By: _____<br>    Matthew D. Shaffer (admitted *pro hac vice*)<br>3200 Travis, 3rd Floor<br>Houston, Texas 77006<br><br>Carolyn M. Latti<br>Latti & Anderson LLP<br>30-31 Union Wharf<br>Boston, MA 02109 | HOLLAND & KNIGHT LLP<br>*Attorneys for Defendant, M/V HARMEN OLDENDORFF*<br><br>By: _____<br>John M. Toriello (admitted *pro hac vice*)<br>K. Blythe Daly (admitted *pro hac vice*)<br>31 West 52nd Street<br>New York, NY 10019<br><br>Timothy J. McLaughlin (MA BBO # 675560)<br>10 Saint James Avenue<br>Boston, MA 02116 |

SO ORDERED:

_____
    U.S.D.J.